IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  20-cv-03779-KMT

ROBERT WILHELM,

    Plaintiff,

v.

ENDURANCE INTERNATIONAL GROUP HOLDINGS, INC.,
JEFFREY H. FOX,
JAMES C. NEARY,
ANDREA J. AYERS,
DALE CRANDALL,
JOSEPH P. DISABATO,
TOMAS GORNY,
PETER J. PERRONE,
CHANDLER J. REEDY,
JUSTIN L. SADRIAN, and
ALEXI A. WELLMAN,

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Robert Wilhelm ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

//

//

2

Dated: February 1, 2021                Respectfully submitted,

/s/ Richard A. Acocelli
Richard A. Acocelli
**WEISSLAW LLP**
1500 Broadway, 16th Floor
New York, NY 10036
Telephone: (212) 682-3025
Facsimile: (212) 682-3010
Email: racocelli@weisslawllp.com

*Attorneys for Plaintiff*